1  TODD W. BURNS
   California State Bar No. 194937
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone No. (619) 234-8467
4  Email: Todd_Burns@fd.org

5  Attorneys for Defendant

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10          **(HONORABLE BARBARA L. MAJOR)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  08MJ0284 |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| ORLANDO DUARTE-CELESTINO, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Todd W. Burns, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

                                             Respectfully submitted,


Dated:  February 6, 2008            /s/ *TODD W. BURNS*
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
                                    Todd_Burns@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 6, 2008         /s/ TODD W. BURNS
                                Federal Defenders of San Diego, Inc.
                                225 Broadway, Suite 900
                                San Diego, CA  92101-5030
                                (619) 234-8467  (tel)
                                (619) 687-2666  (fax)
                                Todd_Burns@fd.org (email)