# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  08MJ 0284-BLM |
| vs | ) | ABSTRACT OF ORDER |
| (1) ORLANDO DUARTE-CELESTINO | ) | Booking No. 07098298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/6/08__ the Court entered the following order:

__X__ Defendant be released from custody. 2/6/08 BEFORE 9:00AM TO P/S

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __5,000 P/S__ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. __MUST BE RELEASED TO PRETRIAL SERVICES BY 9:00AM 2/6/08 CALL IRENE (PTS) 619-557-7610 WHEN Δ IS READY__

UNITED STATES MAGISTRATE JUDGE

OR

Received _____ DUSM

W. SAMUEL HAMRICK, JR. Clerk
by _[signature]_ Deputy Clerk

Crim-9   (Rev 6-95)                  ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY