```
 1  TODD W. BURNS
    California State Bar No. 194937
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California  92101-5008
    Telephone No. (619) 234-8467
 4  Email: Todd_Burns@fd.org

 5  Attorneys for Mr. Duarte
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARBARA L. MAJOR)

| UNITED STATES OF AMERICA, | ) | Criminal No. 08MJ0284-BLM |
|---|---|---|
| Plaintiff, | ) | Date: February 28, 2008 |
|  | ) | Time: 9:00 a.m. |
| v. | ) |  |
|  | ) | **DEFENDANT'S NOTICE OF MOTIONS AND** |
| ORLANDO DUARTE-CELESTINO, | ) | **MOTIONS TO SUPPRESS BASED ON** |
|  | ) | **MIRANDA VIOLATION, SUPPRESS BASED,** |
| Defendant. | ) | **ON ILLEGAL ARREST AND DETENTION,** |
|  | ) | **DISMISS BASED ON EIGHTH** |
|  | ) | **AMENDMENT, AND DISMISS BASED ON** |
|  | ) | **SELECTIVE PROSECUTION AND** |
|  | ) | **OUTRAGEOUS GOVERNMENT CONDUCT** |

PLEASE TAKE NOTICE that on Thursday, February 28, 2008, Defendant Orlando Duarte-Celestino, by and through counsel, Todd W. Burns, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order: (1) suppressing statements due to Miranda violation; (2) suppressing evidence, or dismissing, due to illegal arrest and detention; (3) dismissing based on Eighth Amendment (status offense); and (4) dismissing based on selective prosecution and outrageous government conduct.

//
//
//
//
//

1 | These motions are based on all relevant law and facts, and are supported by Mr. Duarte's
2 | accompanying memorandum of points and authorities.

Respectfully submitted,

Dated: February 11, 2008

*/s/ TODD W. BURNS*
TODD W. BURNS
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Lexin
Todd_Burns@fd.org