# EXHIBIT A

1   TODD W. BURNS
    California State Bar Number 194937
2   FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
3   San Diego, California 92101-5008
    Telephone No. (619) 234-8467
4

5   Attorneys for Mr. Duarte

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                    (HONORABLE BARBARA L. MAJOR)

10  UNITED STATES OF AMERICA,          )    CASE NO. 08CR0325-W
                                       )
11              Plaintiff,             )
                                       )
12  v.                                 )    DECLARATION OF ORLANDO
                                       )    DUARTE-CELESTINO
13  ORLANDO DUARTE-CELESTINO.,         )
                                       )
14              Defendant.             )
                                       )
15  _____)

16      I, Orlando Duarte-Celestino, declare, under penalty of perjury:

17      1. I am the defendant in the above-captioned case.

18      2. To the best of my recollection, I was arrested by San Diego police officers on January 23, 2008,

19  although I understand that the complaint in this case seems to suggest I was arrested on January 24, 2008.

20  Regardless of the day, I was arrested in the morning.

21      3. When I was arrested, I was staying at an acquaintance's home on the 2800 block of Imperial

22  Avenue in San Diego. I was in a back room of the house when I was called by name. I went toward the

23  front of the house, where I was confronted by two uniformed San Diego police officers, and at least two

24  plain clothes officers who I understand were detectives.

25      4. I was handcuffed immediately, and taken to the San Diego police station on Broadway Avenue.

26  When I arrived at the station, officers took hair and saliva samples from me, took my clothes, and asked me

27  some questions, including where was my green card and why was I not carrying it. I had not at that time

28  been advised of my Miranda rights (that is, my right to remain silent, my right to an attorney, and the like).

5. Following these events, detectives showed me photos and asked me other questions such as about my normal routine. After about fifteen minutes of that questioning, the detectives took me to be questioned while hooked up to a polygraph machine. It was only before the polygraph questioning that I was first advised of my <u>Miranda</u> rights.

6. After being questioned all day on the day of my arrest, I was taken to the San Diego County jail in downtown San Diego, where I was held for several days without being taken to court, having a lawyer appointed, meeting with a lawyer, or being informed what was happening.

7. On January 31, 2008, I was picked up at the downtown County jail by United States immigration officials, who took me to be fingerprinted and photographed, and then took me to George Bailey San Diego County jail, where I spent the night. Immigration officials picked me up at George Bailey the next morning, and took me to federal court on February 1, after which I was taken to the Metropolitan Correctional Center ("MCC") in San Diego.

8. I have never been shown a warrant for my arrest, nor a warrant to seize my belongings, nor a probable cause statement to justify my arrest and detention by the San Diego police. The first time I went to court following my arrest was my federal court appearance on February 1, 2008.

9. At no time since I was arrested by the San Diego police has anyone taken me before an immigration judge, nor notified me that I am subject to deportation or other immigration proceedings.

10. Prior to my arrest, my green card was stolen, and I had not replaced it by the time of my arrest because I am homeless and earn a living by collecting recyclable cans and bottles, through which I make at most $300 per month. That money goes toward food and basic necessities, such as clothing and a room in which to stay from time-to-time, particularly when the weather is bad. I have not been able to find a better job, I suppose because I am homeless, and I have not been able to both pay for food and afford a replacement green card.

I declare under penalty of perjury that the foregoing is true and correct. This document was executed on February 11, 2008, in San Diego, California.

ORLANDO DUARTE-CELESTINO

08CR0325

# EXHIBIT B

1  TODD W. BURNS
   California State Bar Number 194937
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone No. (619) 234-8467
4
5  Attorneys for Mr. Duarte
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10                 (HONORABLE BARBARA L. MAJOR)

11  UNITED STATES OF AMERICA,        )    CASE NO. 08CR0325-W
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )    DECLARATION OF TODD BURNS
                                     )
14  ORLANDO DUARTE-CELESTINO.,       )
                                     )
15              Defendant.           )
                                     )
16  ─────────────────────────────────)

17        I, Todd Burns, declare, under penalty of perjury:

18        1. I am appointed counsel in the above-captioned case.

19        2. My office handles interviewing and processing of nearly every individual who appears in federal

20  court in San Diego for a first appearance. I have had a search run of our database with respect to such first

21  appearances, and, dating back to 1980, we were unable to find a single case in which a person was charged

22  solely with violating 8 U.S.C. §1304(e).

23        3. I have reviewed San Diego County Sheriff's booking records with respect to Mr. Duarte, and they

24  indicate Mr. Duarte was arrested on January 24, 2008, and was released on January 30, 2008. Those records

25  also indicate that on January 28, 2008, ICE Agent Michael Haynes (the author of the probable cause

26  statement accompanying the complaint in this case), requested that the jail officials "rebook and release [Mr.

27  Duarte] to ICE agents in the AM." According to the Sheriff's records, this "re-arrest" and "re-book" was

28  with respect to "deportation proceedings."

                                                                    08CR0325

1    4. My understanding, from speaking to two attorneys who practice regularly in state court, is that

2    defendants much be taken to court within three business days of arrest, and cannot be held longer than that

3    absent a charge being filed.

4    I declare under penalty of perjury that the foregoing is true and correct. This document was executed

5    on February 11, 2008, in San Diego, California.

6

    _____

7    TODD BURNS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT C

**FEDERAL**

**DEFENDERS**

**OF**

**SAN DIEGO,**

**INC.**

February 3, 2008

**VIA FACSIMILE AND U.S. MAIL**

Michelle Pettit
Assistant United States Attorney
Federal Office Building
880 Front Street
San Diego, California 92101

The Federal Community
Defender Organization
for the Southern
District of California

    Re:    <u>United States v. Orlando Duarte-Celestino</u>
              Case No. 08MJ0284

Dear Ms. Pettit:

    I am writing to request all discoverable materials with respect to the above-named case.

    In particular, but not exclusively, with respect to your motion to detain Mr. Duarte, I request any materials or information relating to any request that federal authorities arrest and hold Mr. Duarte while state and/or local authorities investigate him for a non-federal offense(s), or that such is the actual motive for the government's charging, and/or moving to detain, Mr. Duarte. I also request any materials or information you have regarding government bond/release recommendations in the last five years with respect to Class C misdemeanors, and any guidelines your office has with respect to bond/release recommendations with respect to Class C misdemeanors. I remind you that <u>Brady</u> and Rule 16 apply to pre-trial motion proceedings. <u>See</u> <u>United States v. Gamez-Orduno</u>, 235 F.3d 453, 462 (9th Cir. 2000) (<u>Brady</u>); <u>United States v. Cedano-Arellano</u>, 332 F.3d 568, 571 (9th Cir. 2003) (Rule 16).

    In addition, if Mr. Duarte is not permitted to be released pre-trial, I intend to ask for a trial on February 5, 2008. Accordingly, please bring all discovery with you to court on February 4, 2008, and get your witnesses ready.

    Please let me know if you have any questions.

             Sincerely,

             TODD W. BURNS
             Attorney for Mr. Duarte

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5030
**(619) 234-8467**
**FAX (619) 687-2666**

**FEDERAL**

**DEFENDERS**

**OF**

**SAN DIEGO,**

**INC.**

The Federal Community

Defender Organization

for the Southern

District of California

February 5, 2008

**VIA FACSIMILE AND U.S. MAIL**

Michelle Pettit
Assistant United States Attorney
Federal Office Building
880 Front Street
San Diego, California 92101

Re:   <u>United States v. Orlando Duarte-Celestino</u>
      **Case No. 08MJ0284**

Dear Ms. Pettit:

   I am writing again to request all discoverable materials with respect to the above-named case, pursuant to <u>Brady</u> and Rule 16.

   Relatedly, as I indicated in my February 3, 2008 letter, I intend to raise an equal protection/due process/prosecutorial misconduct claim with respect to the government's arrest and charging of Mr. Duarte. Accordingly, I request any materials or information relating to a request that federal authorities arrest and/or charge Mr. Duarte while state and/or local authorities investigate him for a non-federal offense(s), or that such is the actual motive for the government's arresting and/or charging Mr. Duarte. I also request any materials or information with respect to <u>anyone</u> being charged, nationally or locally, <u>solely</u> with a violation of 18 U.S.C. §1304(e), any information or materials relating to policies and/or practices as far as arresting and/or charging for such, and any information with respect to the countless people found to have committed such a violation who were not arrested and/or charged. As for the last, you can probably satisfy this request by providing me the names of a few immigration or border patrol officers/agents who have encountered many §1304(e) violators, but have not arrested them; alternatively, I am willing to enter into an appropriate stipulation on this point.

   In addition, I have been informed, by a reliable source, that the San Diego District Attorney's Office counseled the San Diego Police Homicide Division against arresting Mr. Duarte, due to lack of probable cause. I will be seeking to suppress fruits of this illegal arrest, including that Mr. Duarte was found to not be carrying his green card. I request production of such <u>Brady</u> materials and information.

   Given that I will be seeking prompt disposition of motions, and a near-future trial date, please comply with your discovery obligations immediately.

Sincerely,

TODD W. BURNS
Attorney for Mr. Duarte

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5030
**(619) 234-8467**
**FAX (619) 687-2666**

# EXHIBIT D

DATE: February 6, 2008                          TO: F/D Todd Burns, Esq.

NUMBER OF PAGES: 19                          FROM: AUSAMichelle Pettit

PAGE NUMBER SEQUENCE: 1-19

TOTAL COST AT $ .10/PAGE: _____     DATE BILLED FOR FIRST 250 PAGES: _____

CHECKS ARE PAYABLE TO THE: U.S. DEPARTMENT OF JUSTICE

## RECEIPT FOR DISCOVERY MATERIALS AND ACKNOWLEDGMENT

## OF CONDITIONS FOR RETENTION AND USE

Criminal Case No.: 08mj0284

United States v. Orlando Duarte-Celestino

I am the attorney of record for Defendant. I hereby acknowledge receipt of a copy of discovery in the above-referenced case. I acknowledge that any documents and tangible objects (as set forth in Rule 16(a)(1)C), Fed.R.Crim.P.) and reports of examinations and tests (as set forth in Rule 16(a)(1)(D), Fed.R.Crim.P.) received by me, or made available for my inspection and copying, are turned over to me in compliance with my request for said documents and tangible objects made pursuant to said Rule. I further acknowledge and agree to comply with the Government's request for permission to inspect and copy or photograph such documents and tangible objects (as set forth in Rule 16(b)(1)(A), Fed.R.Crim.P.) and reports of examinations and tests (as set forth in Rule 16(b)(1)(B), Fed.R.Crim.P.) within the possession or control of the defendant and which the defendant intends to introduce as evidence-in-chief at trial or which relate to the testimony of a witness defendant intends to call at trial.

I realize that these documents provided to me remain the property of the United States Attorney, must be retained by me in my file, and must be returned to the United States Attorney upon demand. Furthermore, I agree that neither I, my client or anyone connected with the defense will make copies of these documents without prior authorization of the court, and if relieved as counsel I must return such reports to the United States Attorney's Office or deliver them to new counsel if and when I confirm that new counsel is attorney of record and has signed an acknowledgment such as this. I further realize that failure to observe any of the above requirements may result in the loss of benefits of this program and possible sanction by the court; and that making copies of such reports or refusing to surrender such upon demand may subject me to prosecution under Title 18, United States Code, Section 641. I recognize that this method of discovery is part of an experimental program initiated by the United States Attorney's Office and that the United States Attorney may, at her disposition, terminate such program at any time.

Date: _____        FEB 0 6 2008

                                              _SEU_

                                              Attorney for Defendant

Person Contacted: drop-box
Date: February 6, 2008          Time: 3:06pm.
Legal Assistant: Y. Reyes

## FEDERAL DEFENDERS ONLY:

I acknowledge receipt of _____ copies and agree to pay the sum of $ _____
_____ for copying charges when billed by the United States Attorney.

cc: Support Services Section 10

(Federal Defenders' receipts only)

USASDC Form

(Rev. 02/22/99)

# MAGISTRATE JUDGE INFORMATION SHEET

MAGISTRATE CASE NUMBER ___08-mj-_02-84____

1. Hearing Date __2-11-08__ 2. AUSA __Mic Cog__ Mag Judge __BLM__
4. USAO # _____ 5. Agency # __A90 556 884__
6. Defendant's # : __1__ of __1__    7. Case Agent __HAYNES, Michael__
8. Charges: __One Count of Title 8, U.S.C., Section 1304(e) – Failure to Carry Alien Registration__
9. Defendant's Name : __DUARTE-Celestino, Orlando__ 10. Social Security # : _____
11. Alias : _____ 12. Birth Date : __05-20-1959__
13. Address : __Transient, San Diego, California__
14. Arrest Date : __01-29-2008__ 15. Place of Arrest: __San Diego, CA__ 16. Date Committed: __01-29-2008__
17. Agent(s): __HAYNES, Michael__ 18. Office Phone # : __619 557 6011 x429 (Desk)__
19. Agency : __U.S. ICE__ 20. Station : __San Diego SAC Office__
21. Custody : Yes _____ No _____
22. Citizenship : U.S. _____ Mex __X__ Other _____
23. INS Status : Res __X__ BCC _____ Illegal _____ Other _____
24. Prior Deports : None  IDENT Hits : __No__
26. Prior Record :

| | |
|---|---|
| 11-24-2003 | PC647(j) – Lodging Without Permission of Owner<br>Misdemeanor – fine |
| 08-17-2004 | PC647(j) – Lodging Without Permission of Owner<br>Misdemeanor – fine |
| 10-20-2004 | PC647(j) – Lodging Without Permission of Owner<br>Misdemeanor – fine |
| 03-08-2005 | PC647(j) – Lodging Without Permission of Owner<br>Misdemeanor – fine |
| 03-27-2006 | PC647(j) – Lodging Without Permission of Owner<br>Misdemeanor – fine |

27. Drug Usage : _____ How Evidenced ? _____
28. Cash on Defendant : $ _____ 29. Other Evidence _____
30. Agents Fact Summary :

Orlando DUARTE-Celestino came to the attention of ICE on or about January 28, 2008, after his January 24, 2008, encounter with officers of the San Diego Police Department. During interview by SDPD officers, DUARTE claimed to be a lawful permanent resident of the United States. When asked where his "green card" was, DUARTE claimed that it had been stolen. He further claimed that it was too costly to replace.
A query of records maintained by the U.S. Department of Homeland Security confirmed that DUARTE is in fact a lawfully admitted permanent resident of the United States and that he has been issued an alien registration receipt card.

31. Agents info re: Defendant (Employment, Family, etc.)  __Apparently Transient__
32. Def Attorney: _____
33. DEFENSE ATTORNEY _____BLM_____    PHONE NUMBER : _____
34. Next Date for : IRP Removal  Date __2/5/08__ Time __9⁰⁰__ Detention Date __2/5/08__ Time __9⁰⁰ BLM__
35. Bond Set : _____
36. Material Witness Custodial Status : Custody _____ Not in Custody _____
37. MATERIAL WITNESS ATTORNEY : _____ PHONE NUMBER : _____

Court's Orders/Motions                          Government's Notes for Bail

1

Sh-t set -due to being misdemeanor

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No._____ |
| ) | Case No. _____ |
| Plaintiff, ) | |
| ) | <u>COMPLAINT FOR VIOLATION OF:</u> |
| v. ) | **Title 8 USC, Section 1304(e)** |
| ) | |
| **DUARTE-Celestino, Orlando** ) | |
| ) | Failure to Possess Alien Registration |
| ) | |
| ) | (Misdemeanor) |
| ) | |
| ) | |
| Defendant, ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about January 24, 2008, within the Southern District of California, Defendant Orlando DUARTE-Celestino, an alien, over the age of eighteen, did not carry with him and have in his personal possession, a certificate of alien registration, to wit: an alien registration receipt card, that was lawfully issued to him pursuant to subsection (d) of this section, a misdemeanor in violation of Title 8, United States Code, Section 1304(e).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
**Special Agent Michael Haynes**
**U.S. Immigration & Customs Enforcement**

**SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31st DAY OF JANUARY 2008.**

_____
**Hon. Barbara L. Major**
**U.S. Magistrate Judge**

2

Orlando DUARTE-Celestino came to the author's attention on or about January 28, 2008, via a law enforcement source. The author was informed that on the morning of January 24, 2008, officers of the San Diego Police Department encountered DUARTE within the city of San Diego. DUARTE voluntarily agreed to be interviewed by these officers and accompanied them to their office.

After being advised about his constitutional rights per "Miranda", DUARTE claimed that he had resided in the United States since he was sixteen years of age, and that he had a "green card". When asked where this "green card" was, DUARTE responded by claiming that it was stolen and cost too much to replace.

On January 28, 2008, the author reviewed records maintained by the U.S. Department of Homeland Security. These records indicate that DUARTE, a citizen of Mexico, had indeed been a lawfully admitted permanent resident of the United States since 1989. The author also determined that DUARTE remains a citizen of Mexico who is lawfully admitted to the United States for permanent residence and that an alien registration receipt card has been issued to him.

3

# Defendant Locator Form

**(Staple behind the Magistrate Information Sheet in front of Criminal History Info).**
(Revised: 4/24/04)

## U.S. Immigration & Customs Enforcement

Name of Defendant  DUARTE-Celestino, Orlando

DOB  05-20-1959

A-File Number  A90 556 884          Charge  Title 8, U.S.C., Section 1304(e)

## MCC Information  (619) 232-4311, Ext. 430 (MCC Records)

Arrival Date at MCC _____  Time _____

Booking Number _____

Transport Officer _____  Star # _____

Receiving Official at MCC _____

## Juvenile Hall Information  (858) 694-4505 or Booking (858) 694-4766

Arrival Date at Juvenile Hall_____  Time _____

Juvenile Hall Booking Number _____

Transport Officer _____  Star # _____

Receiving Official at Juvenile Hall _____

## Hospitalized Defendants

Name of Medical Center/Detox Unit _____

Phone Number of Medical Center/Detox Unit _____

Name of Person Receiving Defendant There _____

Date of Hospitalization _____  Time _____

Reason for Hospitalization _____

Room Number _____

Phone Number at Nurses' Station _____

Expected Date of Defendant's Release from Hospital _____

4

Message #:  5181474
From: SYSTEM @ CLETS  01.28.08 13:42:15
To  : IM0144 @ 976756063
* * * FOR USER cast * * *
4CSZK83F870.IH

RE: QHY.CAUSC5300.25095569.IM0144        DATE:20080128 TIME:13:42:15
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:IM0144 A90556884


    *     *     *              *     *     *
THIS RECORD IS IN THE PROCESS OF BEING CONSOLIDATED WITH CII ██████████
    *     *     *              *     *     *

CII/███████
DOB/19590520    SEX/M  RAC/HISPANIC
HGT/510  WGT/130  EYE/BRO  HAI/BLK  POB/MM
NAM/01 DUARTE,ORLANDO

MDS/CTZ MM
* * * *


ARR/DET/CITE:           NAM:01  DOB:19590520
20031120  CASO SAN DIEGO

CNT:01      #3147989A
  647(I) PC-DISORD CONDUCT:LODGE W/O CONSENT
  ARR BY:CAPD SAN DIEGO
  COM: PHOTO AVAILABLE
  COM: ADR-112003 (2759, B ST,,, SAN DIEGO, CA, 92102,
    -0000)
  COM: SCN-71933240009
    *     *     *    END OF MESSAGE    *     *     *

```
Message #:  5181519
From: SYSTEM @ CLETS  01.28.08 13:43:52
To  : IM0144 @ 976756063
* * * FOR USER cast * * *
4CSZK83F87F.IH

RE: QHY.CAUSC5300.25729883.IM0144      DATE:20080128 TIME:13:43:52
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:IM0144 A90556884


      *     *     *             *     *     *
THE FOLLOWING CII NUMBER(S) IS BEING CONSOLIDATED WITH THIS CII RECORD:
                      CI█████████
      *     *     *             *     *     *

** PALM PRINTS AVAILABLE AT DOJ FOR PALM PRINTS CONTACT

PALM.PRINT@DOJ.CA.GOV
III CALIFORNIA ONLY SOURCE RECORD
CII/█████████
DOB/19590520     SEX/M  RAC/HISPANIC
HGT/509  WGT/180  EYE/BRO  HAI/BRO  POB/MM
NAM/01 CELESTINO,ORLANDO DUARTE
     02 PEREZ,ORLANDO
     03 DUARTE,ORLANDO CELESTINO
     04 DUARTE,ORLANDO

FPC HENRY
21 M 5 R MMO 14
   I 1 T  MO 17

FBI/█████████
DOB/19570520  19550520
MDS/CTZ MM
* * * *

ARR/DET/CITE:           NAM:01
19821024  CASO SAN DIEGO

CNT:01    #487153
  484(A) PC-PETTY THEFT
   ARR BY:CAPD SAN DIEGO
- - - -
COURT:                  NAM:01
19821124  CAMC SAN DIEGO

CNT:01    #M444949
  484 PC-PETTY THEFT
 DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE

CNT:02
  602(J) PC-TRESPASS:INJURE PROPERTY
*DISPO:CONVICTED
  CONV STATUS:MISDEMEANOR
  SEN: 3 YEARS PROBATION, 1 DAYS JAIL
* * * *

ARR/DET/CITE:           NAM:02  DOB:19570520
20040813  CASO SAN DIEGO
```

```
CNT:01     #4136166A
  647(J) PC-DISORD CONDUCT:LODGE W/O CONSENT
   ARR BY:CAPD SAN DIEGO
   COM: PHOTO AVAILABLE
   COM: SCN-70342260024
- - - -
COURT:                  NAM:02
20040817  CASC SAN DIEGO CENTRAL

CNT:01     #M936412
  647(J) PC-DISORD CONDUCT:LODGE W/O CONSENT
*DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN: 3 YR PROB, , $139 FINE
   COM: DCN-T6145302790437000145
* * * *

ARR/DET/CITE:            NAM:03  DOB:19590520
20041017  CASO SAN DIEGO

CNT:01     #4146544A
  647(J) PC-DISORD CONDUCT:LODGE W/O CONSENT
   ARR BY:CAPD SAN DIEGO

CNT:02
  11364 HS-POSSESS CONTROL SUBSTANCE PARAPHERNA
   COM: ADR-20041017 (2759, B ST,,, SAN DIEGO, CA,
      92102-0000)
   COM: PHOTO AVAILABLE
   COM: SCN-H0342910034
* * * *

ARR/DET/CITE:            NAM:01  DOB:19590520
20041118  CASO SAN DIEGO

CNT:01     #4151406A
  647(J) PC-DISORD CONDUCT:LODGE W/O CONSENT
   ARR BY:CAPD SAN DIEGO

CNT:02
  853.7 PC-FAIL TO APPEAR AFTER WRITTEN PROMISE
   COM: PHOTO AVAILABLE
   COM: SCN-H0343230031
* * * *

ARR/DET/CITE:            NAM:03  DOB:19590520
20050304  CASO SAN DIEGO

CNT:01     #5109932A
  647(J) PC-DISORD CONDUCT:LODGE W/O CONSENT
   ARR BY:CAPD SAN DIEGO
   COM: PHOTO AVAILABLE
   COM: SCN-H0150630044
- - - -
COURT:                  NAM:03
20050308  CASC SAN DIEGO CENTRAL

CNT:01     #M955173
  647(J) PC-DISORD CONDUCT:LODGE W/O CONSENT
*DISPO:CONVICTED
```

```
      CONV STATUS:MISDEMEANOR
      SEN: 3 YR PROB, , $220 FINE $100 FNSS
      COM: DCN-T6012911270537000118
* * * *


   ARR/DET/CITE:          NAM:04  DOB:19590520
   20060323  CASO SAN DIEGO

   CNT:01    #6112826A
      166(A)(5) PC-CONTEMPT:RESIST COURT ORDER/ETC
      ARR BY:CAPD SAN DIEGO


   CNT:02
      647(J) PC-DISORD CONDUCT:LODGE W/O CONSENT
         COM: ADR-20060323 (2759, B ST,,, SAN DIEGO, CA,
            92102-0000)
      COM: PHOTO AVAILABLE
      COM: SCN-N1160820027
* * * *


   ARR/DET/CITE:          NAM:03  DOB:19550520
   20080124  CASO SAN DIEGO

   CNT:01    #8105828A
      187(A) PC-MURDER:FIRST DEGREE
      ARR BY:CAPD SAN DIEGO
      COM: PHOTO AVAILABLE
      COM: SCN-G99B0240012
         *    *    *    END OF MESSAGE    *    *    *
```

ID # (A/AA/AB/C/DA): A90556884              A#: 090556884        DOB: 05201959
     (DL/FB/FP/I/PP/SS/TD)
     LAST: DUARTE CELESTINO
    FIRST: ORLANDO                                     NATZ DATE:
   MIDDLE:                                                COURT:
  ALIASES:                                            LOCATION:


SEX: M      POE: SND   COB: MEXIC    DOE: 12081989
FCO: NRC    COA: W16   COC: MEXIC    FTC: 06202006   FATHER: TAIDE
PFCO: WSC   SFCO:       DFO: 08141987  BIN: 06202006  MOTHER: SIMONO

         SSN: 553072860              CONSOLIDATED A-NOS    --OTHER INFORMATION--
I-94 ADM #:                          090556884           LAPS-X  CARD-X
PASSPORT #:                          027622605
     FBI #:
DRIVER LIC:
FINGER CD#:


OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS  ENTER.  CLEAR EXIT  PF1 NEXT CONS A#
PF2 PRIOR CONS A#  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY
                                                          PF9 EAD PF11 EOIR

9

Case 3:08-cr-00325-W   Document 12-3   Filed 02/11/2008   Page 21 of 41

A#: 090556884 NAME: DUARTE CELESTINO          ,ORLANDO          DOB: 05201959

| ACTION | LOC | ACTION-DATE | ST | REASON/ COURT# | MISC | ID NUMBER/ MISC-DATE | KEYED-DATE |
|--------|-----|-------------|-----|--------|------|-----------|------------|
| LAPS HISTORY | XPW | 08/14/1987 | 2 | PEN | XSD | | 11/03/1987 |
| LAP FINAL HIST | XPW | 04/14/1988 | G | TW1 | | | 04/15/1988 |

```
***  END OF HISTORY DISPLAY ***
 CLEAR EXIT  PF1 PAGE AHEAD  PF2 PAGE BACK   PF4 RETURN  PF5 HELP PF6 MAIN MENU
```

10

Case 3-08-cr-00325-M   Document 122-3   Filed 08/11/2008   Page 22 of 41

A#: 090556884 NAME: DUARTE CELESTINO       ,ORLANDO       DOB: 05201959

      CARD NAME: DUARTE CELESTINO,ORLANDO D       CARD DOB: 05201959

      SND    W16       COB: MEXIC
      SEX: M

      090556884   21   12   955   285   00000

      7899    08905   55220   66559   00000

      120889    582   220   04630   0000000

MOTHER'S NAME: SIMONO       FATHER'S NAME: TAIDE

PLACE OF BIRTH: X       RES AT APPL: X

CONSUL/INS OFC: X       ORIGINAL DESTINATION: X

CLEAR EXIT   PF4 DISPLAY MENU    PF5 HELP    PF6 MAIN MENU   PF7 CARD HISTORY

```
ID # (A/AA/AB/C/DA): A27622605                A#: 027622605      DOB: 05201959
    (DL/FB/FP/I/PP/SS/TD)
      LAST: DUARTE CELESTINO
     FIRST: ORLANDO                                    NATZ DATE:
    MIDDLE:                                               COURT:
   ALIASES:                                            LOCATION:


   SEX: M      POE: SYS   COB: MEXIC     DOE: 01001983
   FCO: NRC    COA: EWI   COC: MEXIC                 FATHER: TAIDE
  PFCO:        SFCO:      DFO: 02111987   BIN:       MOTHER: SIMONA


          SSN:                    CONSOLIDATED A-NOS    --OTHER INFORMATION--
 I-94 ADM #:                        090556884
 PASSPORT #:                        027622605
       FBI #:
 DRIVER LIC:
 FINGER CD#:


  OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS  ENTER.  CLEAR EXIT  PF1 NEXT CONS A#
   PF2 PRIOR CONS A#  PF3 REFRESH  PF4 RETURN  PF5 HELP  PF6 MAIN MENU  PF8 HISTORY
                                                        PF9 EAD PF11 EOIR
```

12

A#: 090556884 NAME: DUARTE CELESTINO          ,ORLANDO                DOB: 05201959


           PREVIOUS FCO: WSC                FCO CREATING SUB-FILE:
           CURRENT FCO: NRC                 SUB-FILE CREATION IND:
           REQUEST FCO: SND

        FILE LOCATED IND: R (FILE REQUESTED)


                DATE FTR: 01282008   (MMDDYYYY)       ACCESSION NUMBER: 0707
                DATE FTI: 00000000                    INS BOX NUMBER: 0054
                DATE FTC: 06202006

                                                       REQUEST NUMBER:
         PERSON/ACTION: 3IV0124                        2ND REQUEST DATE:
                                                       3RD REQUEST DATE:


 YOU MAY REQUEST A DISPLAY OF ANOTHER A-FILE BY KEYING A DIFFERENT A-NUMBER.

   CLEAR EXIT   PF3 REFRESH    PF4 FTS MENU    PF5 HELP    PF6 CIS MAIN MENU

13

Case 3:08-cr-00325-W   Document 12-3   Filed 02/11/2008   Page 25 of 41

FORM NBR: I90      RCPT NBR: WAC9421550481   REF NBR:
  A-NBR: A0 90556884   PART 2: A   RECEIVED DATE: 08/08/1994
   NAME: DUARTE CELESTINO                 ORLANDO            D
   C/O:
 STREET: 3157 LINCOLN AVE                 CITY: SAN DIEGO
  STATE: CA    PROVINCE:                 CNTRY:        ZIP/POST: 92104
    DOB: 05201959  COB: MEXIC    SOC SEC NBR: 562619343  PRIORITY DT:

CARD TYPE: 1       TRANSACT CODE: 2     REASON FOR APPL: A     SEX: M
              MOTHER'S FIRST NAME: SIMONO
              FATHER'S FIRST NAME: TAIDE
  CLASS: W16        CR EXPIRES:           ADM/ADJ DATE: 12081989
    POE: SND              AMC:          I-89 EXEC LOC: SND
OTHER FP:          TEMP RES DATE:        I-89 EXEC DATE: 07281994
SIG WVR: N        PHOTO WVR: N            FNGPRNT WVR: N
                                         VIEW SPONSORS: N

  ACTION: KE    DATA CHANGE
            INTERVIEW REASONS:
DC997961 - VIEW MODE
  PF1     PF2    PF3    PF4   PF5     PF6     PF7     PF8    PF9   PF10   PF11   PF12
 CRD INFO CIS  CANCEL BACK  RSN  MAIN MENU CODES LOGOFF REMIT ATTY STAT HIS REAS

14

CLAIMS MAINFRAME SYSTEM                         01/28/2008
CARD INFORMATION FOR PRC CARDS                  18:21
                                                SND7064A

RECEIPT NUMBER:   WAC-94-215-50481      FORM:   I90


ALIEN NUMBER:  A090-556-884

CARD SERIAL NUMBER:                 NO CARD INFO FOR THIS CASE

CARD PRODUCTION DATE:

NAME ON CARD:




PRESS PF4 OR "ENTER" TO RETURN TO PREVIOUS SCREEN
             PF4                PF6                PF8
         PRIOR MENU         MAIN MENU           LOGOFF




                                                        15

SND7064A

RECEIPT NBR: MSC-08-800-13096          FORM NBR: I-90

BENEF/APPL NAME:
PETITIONER NAME:

| STATUS/ACTION CODE | | STATUS DATE | REMOTE LOCATION |
|---|---|---|---|
| AA | RECEIVED | 10172007 | MSC |
| IAA | RECEIPT NOTICE SENT | 10172007 | MSC |
| IBS1 | NO SYSTEM IDENTIFIED DEROGATORY INFO | 10222007 | MSC |
| MA70 | BIOMETRICS RECEIVED FROM ASC | 12072007 | MSC |
| KE | DATA CHANGE | 12072007 | MSC |
| FVA | CRIMINAL DISPOSITION &/OR GMC | 01192008 | MSC |
| IK | REQUEST FOR ADDITIONAL EVIDENCE | 01192008 | MSC |

| PF1 | PF2 | PF4 | PF6 | PF7 | PF8 |
|---|---|---|---|---|---|
| PG FWD | PG BACK | PRIOR MENU | MAIN MENU | CODES | LOGOFF |

16

## Web-ISRS Detail Information

**Alien Number**

090556884

**Name**

DUARTE CELESTINO, ORLANDO D

**Social Security Number**

000000000

**Date of Birth**

05/20/1959

**Country of Birth**

MEXICO

**Class Of Admission**

W16

**Admission Date**

12/08/1989

**Image Source**

ICF

**Expiration Date**

04/24/2005



Orlando Duarte Celestino

Export   Close   Print

**Sensitive but Unclassified (SBU)**

STATE USAGE

NFF SECOND SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**DUARTE-CELESTINO, ORLANDO**

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

553072860

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 05/20/1959 | M | W | 506 | 135 | BRO | BLK |



1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

18

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI | CAICE1300 |
|---|---|---|---|
| SUBMISSION      YES ☐ | MM DD YY<br>01/30/2008 | CONTRIBUTOR | CAICE1200<br>ICE-DETENTION + REMOVAL<br>SAN DIEGO CA |
| TREAT AS ADULT   YES ☐ | | ADDRESS US ICE 880 FRONT STREET SUITE #1234 SAN DIEGO, CA US 92101 | |
| | | REPLY DESIRED? YES ☐ | |

| SEND COPY TO:<br>(ENTER ORI) | DATE OF OFFENSE<br>MM DD YY<br>1/30/08 | PLACE OF BIRTH (STATE OR COUNTRY)<br>MEXICO | COUNTRY OF CITIZENSHIP<br>MEXICO |
|---|---|---|---|

| MISCELLANEOUS NUMBERS<br>AR-090556884 | SCARS, MARKS, TATTOOS, AND AMPUTATIONS<br>N/V |
|---|---|

| RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|

| OFFICIAL TAKING FINGERPRINTS<br>(NAME OR NUMBER)<br>MICHAEL HAYNES | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE?   YES ☒<br>PALM PRINTS TAKEN?   YES ☐ |
|---|---|---|

| EMPLOYER    IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.<br>IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUPATION<br>TRANSIENT |
|---|---|

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1. Failure to Carry Alien Reg 8USC1304(e) | Pending |
| 2. | 2. |
| 3 | 3 |
| ADDITIONAL | ADDITIONAL |

| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |
|---|---|

FD-249 (Rev. 5-11-99)

19

# EXHIBIT E

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. **'08 MJ 0284** |
| Plaintiff, | Case No. _____ |
| .v. | COMPLAINT FOR VIOLATION OF: |
| | **Title 8 USC, Section 1304(e)** |
| **DUARTE-Celestino, Orlando** | Failure to Possess Alien Registration |
| | (Misdemeanor) |
| Defendant, | |

The undersigned complainant, being duly sworn, states:

On or about January 24, 2008, within the Southern District of California, Defendant Orlando DUARTE-Celestino, an alien, over the age of eighteen, did not carry with him and have in his personal possession, a certificate of alien registration, to wit: an alien registration receipt card, that was lawfully issued to him pursuant to subsection (d) of this section, a misdemeanor in violation of Title 8, United States Code, Section 1304(e).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_Michael Haynes_
**Special Agent Michael Haynes**
**U.S. Immigration & Customs Enforcement**

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31ˢᵗ DAY OF JANUARY 2008.

_Barbara L. Major_
**Hon. Barbara L. Major**
**U.S. Magistrate Judge**

# STATEMENT OF FACTS

Orlando DUARTE-Celestino came to the author's attention on or about January 28, 2008, via a law enforcement source. The author was informed that on the morning of January 24, 2008, officers of the San Diego Police Department encountered DUARTE within the city of San Diego. DUARTE voluntarily agreed to be interviewed by these officers and accompanied them to their office.

After being advised about his constitutional rights per "Miranda", DUARTE claimed that he had resided in the United States since he was sixteen years of age, and that he had a "green card". When asked where this "green card" was, DUARTE responded by claiming that it was stolen and cost too much to replace.

On January 28, 2008, the author reviewed records maintained by the U.S. Department of Homeland Security. These records indicate that DUARTE, a citizen of Mexico, had indeed been a lawfully admitted permanent resident of the United States since 1989. The author also determined that DUARTE remains a citizen of Mexico who is lawfully admitted to the United States for permanent residence and that an alien registration receipt card has been issued to him.

# EXHIBIT F



Home   Contact Us   Site Map   FAQ

Search 

Entire Site ⦿  Just this section ◯
Advanced Search   Larger Text   Default Size

| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |

✉ Sign up for USCIS e-mail updates

Home > Immigration Forms

Printer Friendly

## Application to Replace Permanent Residence Card

**Purpose of Form :**

Use this form to replace a "Green Card."

**Number of Pages :**

Instructions: 4; Form: 2.

**Edition Date :**

07/30/07. Previous editions accepted.

**Where to File :**

See Special Instructions

**Filing Fee :**

$290. Biometrics fee of $80 may be included. Please see Special Instructions for details.

**Special Instructions :**

**Filing Fee(s) and Where to File:**
If you are filing because:
• Your card was valid for 10 years and is expiring or has expired
• Your card was lost, stolen or destroyed;
• Your card is mutilated;
• Your name or other biographic information has changed since the card was issued;
• You have taken up Commuter status;
• You were a Commuter and am now taking up residence in the U.S.;
• Your status has been automatically converted to permanent resident;
• You have an old edition of the card;
Then your payment is the base application fee is $290 plus the biometrics fee of $80. Total filing fee = $370.

If you have reached your 14th birthday since the date your card was issued, your payment is the biometrics fee of $80 is required. The base application fee is not required if you file the Form I-90 within 30 days after your 14th birthday. Total filing fee = $80.

Where to file if you are filing for any reason shown above: If you are filing for any of the reasons noted above, please mail your completed Form I-90 and appropriate fees directly to the following address:
U.S. Citizenship and Immigration Services
P.O. Box 54870
Los Angeles, CA 90054-0870

For non-U.S. Postal Service (USPS) deliveries (e.g., Federal Express, UPS or DHL):
U.S. Citizenship and Immigration Services
Attention: I-90
16420 Valley View Avenue
La Mirada, CA 90638-5821

**Note: If you are filing because your biographic data (Name, Date of Birth, etc. ) has been legally changed**, then you must bring one of the following to your in-person appearance appointment at the Application Support Center :
• the original or certified copy of a court order making the legal change; or
• the marriage certificate reflecting the new name;

**Related Links:**

Electronic Filing

**Take Our Survey:**

I found this information:
◯ Useful
◯ Slightly Useful
◯ Not Useful
◯ Don't Know

SUBMIT →

To replace a card because of a change in any other biographic data, you must bring copies of documentation to prove that the new data is correct.

**Notice to applicants making payment by check:**
If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours, and will be shown on your regular account statement.

You will not receive your original check back. We will destroy your original check, but we will keep a copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times.

**Filing Fee if you are filing because:**
• You never received your Permanent Resident card; or
• Your Permanent Resident card was issued with incorrect information because of a USCIS administrative error;
Then there is no fee required. Please review the Where to File Instructions, below, if you are filing for these reasons. Total filing fee = $0.

**Where to File if :**
• You never received your Permanent Resident card; or
• Your Permanent Resident card was issued with incorrect information because of a USCIS administrative error;

**If you are filing because your card was never received**

• If USCIS mailed you a Permanent Residence card more than 30 days ago and you have not received it; and
• It has been returned to USCIS by the Post Office as undeliverable; and
• You have not moved from the address you provided to USCIS during the application or immigrant visa process that led to the creation of the card not received;

Mail a new I-90 application with supporting documentation to the USCIS Service Center or National Benefits Center (NBC) that mailed you the card which was not received. Only certain application or form types, when approved, may lead to the creation of a permanent resident card. Those forms are the Form I-485, I-751, I-829, I-90 and the Immigrant Visa packet, Form OS-155A.

Please look at the Form I-797, Notice of Action for the receipt number on the form that you filed which led to the creation of the card which was not received. For example, if you filed a Form I-485, Application to Register Permanent Residence or Adjust Status, and it was approved but you did not receive your permanent resident card, look for the receipt number for that I-485 on the Form I-797 receipt notice USCIS sent you for that form. The first three letters of the receipt number will indicate what office created processed the application or immigrant visa. WAC = California Service Center. LIN = Nebraska Service Center. EAC = Vermont Service Center. SRC = Texas Service Center. MSC = National Benefits Center.

Once you determine the correct Service Center to which you should mail your Form I-90, mail it to the address below that relates to that Service Center.

California Service Center
Attn: I-90 "b" or "d"
P.O. Box 10090
Laguna Niguel, CA 92607-1009

Nebraska Service Center
Attn: I-90 "b" or "d"
PO Box 87090
Lincoln, NE 68501-7090

Texas Service Center
Attn: I-90 "b" or "d"
P.O. Box 851983
Mesquite, TX 75185-1983

Vermont Service Center
Attn: I-90 "b" or "d"
75 Lower Welden Street

St. Albans, VT 05479-0001

National Benefits Center
Attn: I-551 Corrections
705B SE Melody Lane, Box 2000
Lee's Summit, MO 64063

When you submit your Form I-797 Notice of Action, you need to include the receipt number for the application of the Permanent Resident card that was not received.

**If your card was issued with incorrect data due to USCIS administrative error,** you must mail a new I-90 application using Application Reason "d" My card was issued with incorrect information because of a USCIS administrative error, and any supporting documentation, to the USCIS Service Center/National Benefits Center (NBC) that processed the application/form from which the incorrect card was created. Check the envelope that your I-551 permanent resident card came in to find the mailing address of the Service Center/NBC that mailed you the card. The Service Center/NBC address can also be found on the I-797 "Notice of Action" issued for the application from which the incorrect card was created. In addition to the new I-90 application, applicants are required to send the original I-551 card containing incorrect information, plus the supporting documentation for the requested correction. A replacement application based on a USCIS administrative error must also include an explanation.
There is no fee required.  Total filing fee - $0.

**Special Instructions:**
Do not use this Form I-90 if you are a conditional resident and your status is expiring.
If you became a conditional resident:
• through a marriage to a U.S. Citizen or permanent resident, submit Form I-751, Petition to Remove Conditions on Residence; or
• based on a financial investment in a U.S. business, submit Form I-829, Petition by Entrepreneur to Remove Conditions.

**Changes to Submitted Applications:**
If it is necessary to change any information on your submitted I-90 application, please bring evidence to support the change with you to your in-person appearance at your local ASC. Do not send written correspondence regarding changes.

**Change of Address:**
In the Related Links section in the upper left of this page, select the How Do I Report a Change of Address to the USCIS?

**Withdrawing an Application:**
To withdraw or cancel your submitted application, please send a written request to:
National Benefits Center
705 B SE Melody Lane, Box 2000
Lee's Summit, MO 64063
No refunds or returns will be honored in the event of an application cancellation or withdrawal request.

This page can be found at http://www.uscis.gov/i-90

- Download Instructions for completing Form I-90 (647KB PDF)
- Download I-90 (124KB PDF)

Home   Contact Us   Privacy Policy   Website Policies   No FEAR   Freedom Of Information Act   USA.gov

U.S. Department of Homeland Security

OMB No. 1615-0082; Expires 06/30/09

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Instructions for I-90, Application
to Replace Permanent Resident Card**

## Instructions

Please read these instructions carefully to properly complete this form. If you need more space to complete an answer, use a separate sheet(s) of paper. Write your name and Alien Registration Number (A #), if any, at the top of each sheet of paper and indicate the section and number of the item to which the answer refers.

### What Is the Purpose of This Form?

This form is for permanent residents and conditional residents to apply to the U.S. Citizenship and Immigration Services (USCIS) for replacement of permanent resident cards.

**NOTE:** Do not use this Form I-90 if you are a conditional resident and your status is expiring. You must apply accordingly to remove the conditions:

1. If you became a conditional resident through marriage to a U.S. citizen or permanent resident, submit Form I-751, Petition to Remove Conditions on Residence; or

2. If you became a conditional resident based on a financial investment in a U.S. business, submit Form I-829, Petition by Entrepreneur to Remove Conditions.

### Who May File This Application?

If you are a permanent resident or conditional resident, file this application:

1. To replace a lost, stolen or destroyed card; or

2. To update a card after change of name or other biographic data; or

3. To replace a card that is mutilated; or

4. To replace a card that is incorrect on account of USCIS error; or

5. To replace a card that was never received.

If you are a permanent resident, you must also file this application:

1. To replace a card that is expiring; or

2. Within 30 days after reaching your 14th birthday, to replace a card issued before your 14th birthday; or

3. If you have been a lawful permanent resident in the United States and are now taking up Commuter status while actually residing outside the United States; or

4. If you have been in Resident Commuter status and are now taking up actual residence in the United States; or

5. If your status has been automatically converted to permanent resident; or

6. When you have an older edition of the card and must replace it with the current type of card.

### General Instructions.

Please answer all questions by typing or clearly printing in black ink. If an answer is "none," write "NONE."

Every application must be properly signed and accompanied by the appropriate fee. (See **"What Is the Filing Fee"** on **Page 3** of these Instructions.) A photocopy of a signed application is not acceptable.

If you are under 14 years of age, your parent or guardian may sign the application on your behalf.

**Translations.** Any foreign language document must be accompanied by a full English translation that the translator has certified as complete and correct, and by the translator's certification that he or she is competent to translate the foreign language into English.

**Copies.** Unless specifically required that an original document be filed with an application or petition, an ordinary legible photocopy may be submitted. Original documents submitted when not required will remain a part of the record, even if the submission was not required.

### What Initial Evidence Is Required?

You must submit all required initial evidence as well as all supporting documentation when you appear in person at your local ASC. This includes:

1. **Your Prior Card or Other Evidence of Identity.**

   **Renewing Expiring or Expired Card.** If your card has already expired or will expire in the next six months, you will be required to submit your card when you appear in person at your local ASC.

   **Replacing Lost or Damaged Card.** If your card has been lost, stolen, damaged or you never received it, bring a copy of your card, if you have one, when you appear in person at your local ASC. If you do not have a copy and are at least 18 years old, you must bring an identity document, such as a driver's license, passport or a copy of another document containing your name, date of birth, photograph and signature when you appear in person at your local ASC.

   If you have been automatically converted to permanent residence status, you are considered to be replacing your card. In such case, you must bring your original temporary status document with you when you appear in person at your local ASC.

**2. Correction or Change in Biographic Data.**

All supporting documentation must be submitted when you appear in person at your local ASC. If you are applying to replace a card because of a name change, you must bring the original court order or a certified copy of your marriage certificate reflecting the new name when you appear in person at the ASC. To replace a card because of a change of any other biographic data, you must bring copies of documentation to prove that the new data is correct.

**What Is Evidence of Registration?**

A pending application for a replacement permanent resident card is temporary evidence of registration.

**Where to File?**

You have the option of filing this paper form at the Los Angeles, California, Lockbox facility (see address below), or you may file it electronically by using the internet.

**Replacing a Card That Was Never Received.** If you are filing this application to replace a permanent resident card that was never received, you should do the following:

1. Prepare another Form I-90. On the first page of the form, under **Part 2, Application type., Number 2, Reason for application,** check box **b** that reads: "My authorized card was never received." Include any documents with your application that support your claim.

2. When completed, mail your application to the USCIS service center or National Benefits Center (NBC) that processed your Form I-551 permanent resident card or previously filed Form I-90 application.

To find the service center or NBC mailing address, refer to the Form I-797, Notice of Action, and/or e-Filing confirmation receipt that you received for your previously filed Form I-485 (adjustment of status), I-751 (removal of conditions) or I-90 application. In addition to the new Form I-90 application, you should send a copy of the Form I-797 and/or e-Filing confirmation receipt issued for your previously filed application.

**NOTE:** Form I-90 applications with reason **b** checked (My authorized card was never received.) do not require the application base fee or biometrics fee.

**Replacing a Card That Was Issued With Incorrect Data on Account of a USCIS Error.** If you are submitting your application because of this situation, you should do the following:

1. Prepare another Form I-90 application. On the first page of the form, under **Part 2, Application type., Number 2, Reason for application,** check box **d** that reads: "My card was issued with incorrect information because of a USCIS administrative error." Include any documents with your application that support your claim.

2. When completed, mail your application to the USCIS service center or NBC that processed your previously filed Form I-485, I-751 or I-90 application.

To find the service center or NBC mailing address, refer to the USCIS letter that came with your Form I-551 permanent resident card, also known as the "Green Card." The letter lists the address of the service center or NBC that processed your previously filed Form I-485, I-751 or I-90 application. The service center or NBC address can also be found on the Form I-797 issued for your previously filed Form I-485, I-751 or I-90 application.

**In addition, applicants are required to submit the original Form I-551 card** containing incorrect information that supports the requested correction.

Form I-90 applications submitted with reason **d** checked (My card was issued with incorrect information because of a USCIS administrative error.) do not require the application base fee or biometrics fee.

**NOTE:** While many of our customers are eligible to e-file, there are restrictions for some applicants. Please check our website at **www.uscis.gov** for a list of who is eligible to e-file this form and for instructions on how to properly complete and submit the form.

If you choose to file this paper version of the form, you must include a check or money order with the application to pay the appropriate fees.

After filing your application, USCIS will inform you in writing when to go to your local USCIS Application Support Center (ASC) for your biometrics appointment.

**NOTE:** Do not include any initial evidence when submitting your application for reasons other than **b** or **d** under Part 2., Application type, Number 2, Reason for Application. See detailed instructions under the section titled, **Where to File.**

You must submit all required initial evidence, including your prior permanent resident card or other evidence of identity, and any supporting documentation when you appear in person at your local ASC.

File this application with appropriate fees directly at the following Lockbox address:

> **U.S. Citizenship and Immigration Services**
> **P.O. Box 54870**
> **Los Angeles, CA 90054-0870**

Or, for non-U. S. Postal Service deliveries:

> **U.S. Citizenship and Immigration Services**
> **Attention I-90**
> **16420 Valley View Avenue**
> **La Mirada, CA 90638-5821**

## Biometrics Requirement.

If you have reached your 14th birthday since your card was issued, additional fingerprints will be taken. You no longer need to submit photographs with the Form I-90. When you file your Form I-90, USCIS will notify you in writing of the time and location where you must go for the required biometrics. Failure to appear for the biometrics may result in a denial of your application.

## What Is the Filing Fee?

The fee for this application is **$290.00**.

The fee for the biometrics is **$80.00**.

You may submit one check or money order for both the application and biometrics fees, for a total of **$370.00**.

**Exceptions.** There are three exceptions to having to pay the **$290.00** application filing fee:

1. If you are filing only because the card issued to you was incorrect due to a USCIS administrative error. However, if the error was not caused by USCIS, both application and biometrics fees are required.

2. If you are filing only because you never received your card. However, if the card was sent to the address provided and never returned to USCIS, your application will be rejected. You must file another Form I-90 application and on the first page of the form under **Application type., Number 2, Reason for application,** check box a that states: My card was lost, stolen or destroyed. Include both application and biometrics fees with your form.

3. If you are filing only to register at age 14 years, and your existing card will not expire before your 16th birthday.

The check or money order must be drawn on a bank or other financial institution located in the United States and must be payable in U.S. currency; and

Make the check or money order payable to **U.S. Department of Homeland Security**, unless:

1. If you live in Guam and are filing your petition there, make it payable to **Treasurer, Guam**.

2. If you live in the U.S. Virgin Islands and are filing your petition there, make it payable to **Commissioner of Finance of the Virgin Islands**.

**NOTE:** Please spell out U.S. Department of Homeland Security; do not use the initials "USDHS" or "DHS."

**Notice to Those Making Payment by Check.** If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually take 24 hours, and will be shown on your regular account statement.

You will not receive your original check back. We will destroy your original check, but we will keep a copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times.

## How to Check If the Fees Are Correct.

The form and biometric fees on this form are current as of the edition date appearing in the lower right corner of this page. However, because USCIS fees change periodically, you can verify if the fees are correct by following one of the steps below:

1. Visit our website at **www.uscis.gov**, select "Immigration Forms" and check the appropriate fee;

2. Review the Fee Schedule included in your form package, if you called us to request the form; or

3. Telephone our National Customer Service Center at **1-800-375-5283** and ask for the fee information.

**NOTE:** If your Form I-90 requires payment of a biometric service fee for USCIS to take your fingerprints, photograph or signature, you can use the same procedure to obtain the correct biometric fee.

## Address Changes.

If you change your address and you have an application or petition pending with USCIS, you may change your address on-line at www.uscis.gov, click on "Change your address with USCIS" and follow the prompts or by completing and mailing Form AR-11, Alien's Change of Address Card, to:

> **U.S. Citizenship and Immigration Services**
> **Change of Address**
> **P.O. Box 7134**
> **London, KY 40742-7134**

For commercial overnight or fast freight services only, mail to:

> **U.S. Citizenship and Immigration Services**
> **Change of Address**
> **1084-I South Laurel Road**
> **London, KY 40744**

## Processing Information.

**Acceptance.** An application is not considered properly filed until it is accepted by USCIS.

**Initial Processing.** Once the application has been accepted, it will be checked for completeness. If you do not completely fill out the form, you will not establish a basis for eligibility and we may deny your application.

**Requests for More Information or Interview.** We may request more information or evidence or we may request that you appear at a USCIS office for an interview. We may also request that you provide the originals of any copies you submit. We will return these originals when they are no longer required.

**Decision.** If your application is approved, your Permanent Resident Card will be manufactured and mailed to you. If your application is denied, we will mail you a notice explaining the reasons for the denial.

## USCIS Forms and Information.

To order USCIS forms, call our toll-free number at **1-800-870-3676**. You can also get USCIS forms and information on immigration laws, regulations and procedures by telephoning our National Customer Service Center at **1-800-375-5283** or visiting our internet website at **www.uscis. gov.**

As an altenative to waiting in line for assistance at your local USCIS office, you can now schedule an appointment through our internet-based system, **InfoPass.** To access the system, visit our website. Use the **InfoPass** appointment scheduler and follow the screen prompts to set up your appointment. **InfoPass** generates an electronic appointment notice that appears on the screen.

## Penalties.

If you knowingly and willfully falsify or conceal a material fact or submit a false document with this request, we will deny the benefit you are filing for, and may deny any other immigration benefit.

In addition, you will face severe penalties provided by law, and may be subject to criminal prosecution.

## Privacy Act Notice.

We ask for the information on this form, and associated evidence, to determine if you have established eligibility for the immigration benefit for which you are filing. Our legal right to ask for this information can be found in the Immigration and Nationality Act, as amended. We may provide this information to other government agencies. Failure to provide this information, and any requested evidence, may delay a final decision or result in denial of your Form I-90.

## Paperwork Reduction Act.

An agency may not conduct or sponsor an information collection and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. The public reporting burden for this collection of information is estimated at 55 minutes per response, including the time for reviewing instructions, completing and submitting the form. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Citizenship and Immigration Services, Regulatory Management Division, 111 Massachusetts Avenue, N.W., 3rd Floor, Suite 3008, Washington, DC 20529. OMB No. 1516-0082. **Do not mail your application to this address.**