FEB - 7 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0325-W |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1304(e) - Failure to Possess Alien Registration (Misdemeanor) |
| ORLANDO DUARTE-CELESTINO, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 24, 2008, within the Southern District of California, defendant ORLANDO DUARTE-CELESTINO, an alien, over the age of eighteen, did not carry with him and have in his possession, a certificate of alien registration, to wit: an alien registration receipt card, that was lawfully issued to him pursuant to subsection(d) of this section, in violation of Title 8, United States Code, Section 1304(e), a misdemeanor.

DATED: 2/7/08 .

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney