| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | MICHELLE M. PETTIT |
| | Assistant United States Attorney |
| 3 | California State Bar No. 253406 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7450 / Fax: (619) 235-2757 |
| | Email: michelle.pettit@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0325-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNITED STATES' MOTION** |
| v. | ) | **TO DISMISS INFORMATION** |
| | ) | **WITHOUT PREJUDICE** |
| ORLANDO DUARTE- CELESTINO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Michelle M. Pettit, Assistant United States Attorney, respectfully requests pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss without prejudice, the Information in the above-entitled case, as to Defendant ORLANDO DUARTE-CELESTINO. This motion is made in the interest of justice.

DATED: February 19, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ ***Michelle M. Pettit***
MICHELLE M. PETTIT
Assistant United States Attorney

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ORLANDO DUARTE- CELESTINO,<br><br>Defendant. | Criminal Case No. 08CR0325-W<br><br>CERTIFICATE OF SERVICE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, Michelle M. Pettit, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing as lead counsel for the United States, dated February 19, 2008, and this Certificate of Service, dated February 19, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Todd W. Burns**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5030
(619)234-8467
Fax: (619)687-2666
Email: todd_burns@fd.org
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2008.

/s/ *Michelle M. Pettit*
MICHELLE M. PETTIT
Assistant United States Attorney