TODD W. BURNS
California State Bar No. 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone No. (619) 234-8467
Email: Todd_Burns@fd.org

Attorneys for Mr. Duarte

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE BARBARA L. MAJOR**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ORLANDO DUARTE-CELESTINO,<br><br>           Defendant. | Criminal No. 08CR0325-W (BLM)<br><br>**DEFENDANT DUARTE'S OPPOSITION TO GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |

## ANY DISMISSAL SHOULD BE WITH PREJUDICE

At 4:59 p.m. on February 19, 2008 -- the day on which its response to Defendant Orlando Duarte-Celestino's motions was due -- the government moved to dismiss the information, citing an un-described "interest of justice."  (Notably, the government also withdrew its motion to detain at the last minute.)  As a result of the government's improper actions, Mr. Duarte spent ten days in "federal custody" (*i.e.*, from when the federal detainer was lodged on January 28, until he was released to a halfway house on February 6), and has been required to live in a halfway house, where his liberty is severely constricted, for the last two weeks.  Thus, he has been in some form of custody for twenty-four days, based on an offense that is never prosecuted, and which carries a maximum thirty-days imprisonment.

It is apparent the government's last moment dismissal motion is not based on any interest in justice, but rather its desire to avoid having its abusive actions exposed through discovery (which has been ridiculously lacking) and litigation.  The Court should not reward the government's abusive actions by

1 dismissing without prejudice; any dismissal should be <u>with</u> prejudice.  See <u>United States v. Towill</u>, 548 F.2d
2 1363, 1370 (9th Cir. 1977) (court may dismiss with prejudice under Rule 48 to prevent "substantial prejudice
3 and government harassment").

                                                  Respectfully submitted,

6 Date:  February 20, 2008                                             */s/ TODD W. BURNS*
                                                        TODD W. BURNS
7                                                         Attorneys for Mr. Duarte-Celestino

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

| | |
|---|---|
| 1 Courtesy Copy to | Honorable Barbara L. Major |
| 1 Copy via CM/ECF to | Michelle Pettit, U S Attorneys Office Southern District of California, |
| 1 Copy to | Mr. Orlando Duarte-Celestino |

Dated:  February 20, 2008

/s/ Todd W. Burns
TODD W. BURNS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: todd_burns@fd.org