UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0325-W |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER TO DISMISS INFORMATION |
| ORLANDO DUARTE-CELESTINO, ) | WITHOUT PREJUDICE |
| ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Information in Criminal Case No. 08CR0325-W is dismissed as to Defendant ORLANDO DUARTE-CELESTINO, without prejudice.

**IT IF FURTHER ORDERED** that Defendant ORLANDO DUARTE-CELESTINO be released if in custody or that bond be exonerated if bond has been posted.

**SO ORDERED.**

DATED: February 21, 2008.

Barbara L. Major
United States Magistrate Judge

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB   DEPUTY