TODD W. BURNS
California State Bar No. 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone No. (619) 234-8467
Email: Todd_Burns@fd.org

Attorneys for Mr. Duarte

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR0325-W (BLM) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DEFENDANT DUARTE'S** |
| v. | ) | **NOTICE OF APPEAL OF MAGISTRATE** |
| | ) | **JUDGE'S ORDER DISMISSING WITHOUT** |
| ORLANDO DUARTE-CELESTINO, | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

On February 19, 2008, the government moved to dismiss the above-captioned case <u>without prejudice</u>. On February 20, 2008, Defendant Orlando Duarte-Celestino objected to a dismissal <u>without prejudice</u>, and moved that any dismissal be <u>with prejudice</u>. On February 22, 2008, Magistrate Judge Barbara Major dismissed the case <u>without prejudice.</u>  Mr. Duarte-Celestino hereby notices his appeal of that order, specifically with respect to whether the dismissal should have been <u>with prejudice</u>.

Respectfully submitted,

Date: February 23, 2008

 */s/ TODD W. BURNS*
TODD W. BURNS
Attorneys for Mr. Duarte-Celestino

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

| | |
|---|---|
| 1 Courtesy Copy to | Honorable Barbara L. Major |
| 1 Copy via CM/ECF to | Michelle Pettit, U S Attorneys Office Southern District of California, |
| 1 Copy to | Mr. Orlando Duarte-Celestino |

Dated: February 20, 2008        /s/ Todd W. Burns
TODD W. BURNS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: todd_burns@fd.org