# EXHIBIT 1

**FEDERAL DEFENDERS OF SAN DIEGO, INC.**

The Federal Community Defender Organization for the Southern District of California

February 7, 2008

VIA FACSIMILE (619-557-7318) AND U.S. MAIL

Special Agent Michael Haynes
Immigration and Customs Enforcement
880 Front Street, Suite 123
San Diego, California 92101

Re: <u>United States v. Orlando Duarte-Celestino</u>
    Case No. 08MJ0284

Dear Mr. Haynes:

As you know, my client Orlando Duarte-Celestino was released yesterday, after being held for several days due to a charge of violating 8 U.S.C. §1304(e), which charge was based on his failure to possess his green card. As you also know, Mr. Duarte-Celestino still doesn't have a green card, as it was lost or stolen, and he cannot afford to replace it, since he is homeless and has no income or resources to afford the $370 replacement fee.

Accordingly, so that Mr. Duarte is not picked up again for the same offense, I would appreciate if you would provide me a replacement green card for him, or some other documentation that will insulate him from being picked up again on that same charge.

Given the circumstances, please respond to this request promptly.

Sincerely,

TODD W. BURNS
Attorney for Mr. Duarte

cc:  Michelle Pettit (via facsimile only)

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5030
(619) 234-8467
FAX (619) 687-2666