FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0325-W |
|---|---|
| Plaintiff, | |
| v. | ORDER DENYING DEFENDANT'S APPEAL TO REVERSE MAGISTRATE COURT'S ORDER TO DISMISS WITHOUT PREJUDICE |
| ORLANDO DUARTE- CELESTINO, | |
| Defendant. | |

The parties coming before this Court on April 28, 2008, and having considered the filings of both parties and the oral argument of Defendant, it is hereby ordered that Defendant's appeal, requesting that the Court reverse the decision of the Magistrate Court dismissing the case without prejudice, is DENIED. Defendant has failed to present evidence that the Magistrate Judge abused her discretion in dismissing the case without prejudice on February 21, 2008.

The Magistrate Court decision to dismiss without prejudice is affirmed.

IT IS SO ORDERED.

DATED: 5/1/08

THOMAS J. WHELAN
United States District Judge