TODD W. BURNS
California State Bar No. 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone No. (619) 234-8467
Email: Todd_Burns@fd.org

Attorneys for Mr. Duarte

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Appellee,<br><br>v.<br><br>ORLANDO DUARTE-CELESTINO,<br><br>  Defendant-Appellant. | Criminal No. 08CR0325-W<br><br>**DEFENDANT/APPELLANT'S OBJECTION TO COURT'S MAY 1, 2008 ORDER** |

**OBJECTION TO COURT'S MAY 1, 2008 ORDER**

On May 1, 2008, this Court signed an order, drafted and submitted by government counsel without any prior notice to counsel for Mr. Duarte, which states that at the April 28, 2008 appeal argument, Orlando Duarte-Celestino "failed to present evidence that the Magistrate Judge abused her discretion in dismissing the case without prejudice . . . ."

The April 28, 2008 proceeding was an appellate argument, and thus Mr. Duarte is confused by the suggestion he should have presented any evidence at that time, nor was he noticed that was the nature of the appellate proceeding. If that was what the Court expected, it should have provided notice of such, and should do so now, and re-open the proceeding for appropriate development of the factual record. In addition, given that: (1) the magistrate didn't give any reason for her decision, and made her decision in short-order, without Mr. Duarte having any chance to meaningfully engage the issues; and (2) both this Court and the magistrate refused to compel discovery, it was impossible for Mr. Duarte to present relevant evidence, or to

1 meaningfully engage the magistrate's decision.  For Mr. Duarte to be able to present to the Court the
2 "evidence" it suggests it was looking for, the Court will have to order production of the appropriate
3 discovery, and remand to the magistrate with appropriate instructions.  It is unfair to prevent a party from
4 obtaining and submitting relevant evidence, then fault that party for not submitting relevant evidence at an
5 appellate proceeding.

6     Accordingly, at the least this Court should have remanded for the magistrate to explain her decision,
7 and should rectify its error by doing so now.  Also, appropriate discovery should have been, and should be,
8 compelled.

9     Finally, the government-drafted order says nothing about the discovery or sanctions issues, nor did
10 the Court in any way address the latter at the April 28, 2008 hearing.

11                                                 Respectfully submitted,

13 Date:  May 1, 2008                                          */s/ TODD W. BURNS*
                                                                          TODD W. BURNS
14                                                                           Federal Defenders of San Diego, Inc.
                                                                          Attorneys for Mr. Duarte-Celestino
15                                                                           Todd_Burns@fd.org

16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    1 Courtesy Copy to    Honorable Thomas J. Whelan

    1 Copy via CM/ECF to    Michelle Pettit, AUSA

Dated: April 23, 2008                              */s/ Todd W. Burns*
                                                  TODD W. BURNS
                                                  Federal Defenders of San Diego, Inc.
                                                  225 Broadway, Suite 900
                                                  San Diego, CA 92101-5030
                                                  (619) 234-8467  (tel)
                                                  (619) 687-2666  (fax)
                                                  e-mail: todd_burns@fd.org