TODD W. BURNS
California State Bar Number 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
____Retained _X_ Appointed




IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Honorable Thomas J. Whelan . Court Reporter Ms. Melissa Pierson

UNITED STATES OF AMERICA, (Appellee) Plaintiff,

vs.

ORLANDO DUARTE-CELESTINO,

(Appellant) Defendant.

No. 08CR0325-TJW

**NOTICE OF APPEAL (CRIMINAL)**

Notice is hereby given that ORLANDO DUARTE CELESTINO , Appellant-Defendant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the

() final judgment (F. R. Crim. P. 32(b))

( ) sentence only (18 U.S.C. § 3742) Sentence imposed _________.

(X ) order (describe): District Court's denial of appeal of magistrate judge's dismissal without (rather than with) prejudice, and District Court's denial of request to compel discovery, hold evidentiary hearing, and impose sanctions.

the last of which was entered in this proceeding on the 28TH day of April, 2008.
If government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. § 3742(b)(4)?
_ Yes _ No

DATED: April 28, 2008

TODD W. BURNS, Attorney for Defendant

Transcripts Required** x Yes _No Date Ordered or to be ordered 5/1/08
Date ( ) Indictment (X)Information Filed 2/7/08
Bail Status N/A
Will there be a request to expedite the appeal and set a schedule faster than that normally set? _Yes X No (Note: This does not alleviate requirement of FRAP 27-12 a motion to expedite which must be done in accordance with FRAP 27).

*Pursuant to Fed. R. Crim. P. 32(a)(2) the defendant may request the clerk to prepare and file the Notice of Appeal.
**If transcript required, transcript order form (CA9-036 must be completed and court reporter contacted to make arrangements for transcription.

FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ORLANDO DUARTE- CELESTINO,<br>Defendant. | Criminal Case No. 08CR0325-W<br><br>ORDER DENYING DEFENDANT'S APPEAL TO REVERSE MAGISTRATE COURT'S ORDER TO DISMISS WITHOUT PREJUDICE |

The parties coming before this Court on April 28, 2008, and having considered the filings of both parties and the oral argument of Defendant, it is hereby ordered that Defendant's appeal, requesting that the Court reverse the decision of the Magistrate Court dismissing the case without prejudice, is DENIED. Defendant has failed to present evidence that the Magistrate Judge abused her discretion in dismissing the case without prejudice on February 21, 2008.

The Magistrate Court decision to dismiss without prejudice is affirmed.

IT IS SO ORDERED.

DATED: 5/1/08

THOMAS J. WHELAN
United States District Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ORLANDO DUARTE-CELESTINO, Defendant. | Criminal Case No. 08CR0325-W<br><br>ORDER TO DISMISS INFORMATION WITHOUT PREJUDICE |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Information in Criminal Case No. 08CR0325-W is dismissed as to Defendant ORLANDO DUARTE-CELESTINO, without prejudice.

**IT IF FURTHER ORDERED** that Defendant ORLANDO DUARTE-CELESTINO be released if in custody or that bond be exonerated if bond has been posted.

**SO ORDERED.**

DATED: February ~~19~~ 21, 2008.

Barbara L. Major
United States Magistrate Judge

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY

MIME-Version:1.0
From:efile_information@casd.uscourts.gov
To:casd.uscourts.gov
Bcc:cassd_ecf@fd.org, Efile.dkt.gc2@usdoj.gov,
efile_Major@casd.uscourts.gov
Message-Id:<2400451@casd.uscourts.gov>
Subject:Activity in Case 3:08-mj-00284-BLM USA v. Duarte-Celestino
Initial Appearance
Content-Type: text/html

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**Southern District of California**

## Notice of Electronic Filing

The following transaction was entered on 2/4/2008 at 1:12 PM PST and filed on 2/1/2008

**Case Name:** USA v. Duarte-Celestino
**Case Number:** 3:08-mj-284
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
Minute Entry for proceedings held before Judge Barbara Lynn Major :Initial Appearance on Complaint as to Orlando Duarte-Celestino held on 2/1/2008. Federal Defenders appointed for Orlando Duarte-Celestino. No bail set as to Orlando Duarte-Celestino (1). Defense counsel objects to detention on a misd case. Rule 5 objections - denied without prejudice. Oral motion by Govt to detain (flight). Detention Hearing set for 2/5/2008 09:00 AM before Magistrate Judge Barbara Lynn Major. (Tape #BLM08-1:1401-1441). (Plaintiff Attorney M. Pettit, AUSA).(Defendant Attorney B. Kennedy, FD-S/A). (pdc)

**3:08-mj-284-1 Notice has been electronically mailed to:**
Federal Defenders cassd_ecf@fd.org
U S Attorney CR Efile.dkt.gc2@usdoj.gov

**3:08-mj-284-1 Notice has been delivered by other means to:**



TODD W. BURNS
California State Bar No. 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone No. (619) 234-8467
Email: Todd_Burns@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ORLANDO DUARTE-CELESTINO,<br>Defendant. | CASE NO. 08MJ0284<br><br>NOTICE OF APPEARANCE |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Todd W. Burns, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated: February 6, 2008

/s/ *TODD W. BURNS*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Todd_Burns@fd.org

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals **Date:** 05/1/08
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title: United States of America v. Orlando Duarte-Celestino

U.S.D.C. No.: 08cr325 W U.S.D.C. Judge: Thomas J. Whelan

Complaint/Indictment/Petition Filed: Information

Appealed Order Entered: 5/1/2008

Notice of Appeal Filed: 5/1/2008

Court Reporter: Melissa Pierson

COA Status: [ ] Granted in full/part (appeal only) [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee: [ ] Paid [ ] Not Paid [x] No Fee Required

USA/GOVT. APPEAL: [ ] Yes [x] No

Date F/P granted (Show Date and Attach Copy of Order): ____________

Was F/P Status Revoked? [ ] Yes [ ] No

Companion Case(s): (Please list consolidated cases, if applicable) ____________

## Counsel Information

**Appellant Counsel:**

Todd W Burns
Federal Defenders of San Diego

225 Broadway
Suite 900
San Diego, CA 92101-5008

(619) 234-8467

**Appellee Counsel:**

Michelle M Pettit
US Attorneys Office, Southern District of CA

880 Front Street
Room 6293
San Diego, CA 92101

(619) 557-7450

Counsel Status: [ ] Retained [x] Appointed [ ] Pro Se

Appointed by: Barbara Lynn Major
(Attach copy of order/minutes)

## Defendant Information

Prisoner ID Number: n/a

Bail: x
Custody: ______

**SERVICE LIST**

**Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:**

| | |
|---|---|
| x | Transmittal of U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| x | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| x | Docket Entries (Appellant and Appellee) |
| x | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| x | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
| | Magistrate Judge's Report and Recommendation |
| | COA Order |
| | F/P Order |
| | Minute Order |
| x | Other: Order denying Defendant Appeal on Magistrate Decision entered 5/1/2008, Order to Dismiss Information without Prejudice entered 2/22/2008, NEF Minutes Appointing Counsel entered 2/4/2008, Notice of Attorney Appearance entered 2/6/2008 |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

Lauren Hammer — Deputy's Name

L. Hammer — Deputy's Signature

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: **USCA No:**
**USDC No: 08cr325 W**
**USA v. Duarte-Celestino**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| x | Copy of the Notice of Appeal | | | x | | Docket Entries | |
| x | Case Information/Docket Fee Payment Notification Form | | | | | | |
| x | Order for Time Schedule (Criminal) | | | | | | |
| | Original Clerk's Record in | | | | set(s) of | | volume(s). |
| | Reporter's transcript's transcripts in | | | | set(s) of | | volume(s). |
| | Exhibits in | | envelope(s) | | box(es) | | folders(s) |
| | Judgement Order | | | | | F/P Order | |
| | CJA Form 20 | | | | | Minute Order | |
| | Certificate of Record | | | | | Mandate Return | |
| | Magistrate Judge's Report and Recommendation | | | | | | |
| | COA Order | | | | | | |
| | Amended docket fee notification form | | | | | | |
| | Order Appointing Counsel for Appeal | | | | | | |
| x | Order entered 5/1/08, Order entered 2/22/08, NEF Minutes entered 2/6/08, Notice entered 2/6/08 | | | | | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 05/1/08

By: **L. Hammer**
Lauren Hammer, **Deputy**