**FILED**

MAY 12 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

MAY 0 5 2008

FILED_____
DOCKETED_____
DATE            INITIAL

W. Samuel Hamrick, Jr.
Clerk of Court

To:     Clerk, U.S. Court of Appeals
        P.O. Box 193939
        San Francisco, CA 94119-3939

08 - 50213

Re:     **USCA No:**
        **USDC No:       08cr325 W**
        **USA v. Duarte-Celestino**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | |
|---|---|---|---|
| x | Copy of the Notice of Appeal | x | Docket Entries |
| x | Case Information/Docket Fee Payment Notification Form | | |
| x | Order for Time Schedule (Criminal) | | |

| | | | | | |
|---|---|---|---|---|---|
| | Original Clerk's Record in | | set(s) of | | volume(s). |
| | Reporter's transcript's transcripts in | | set(s) of | | volume(s). |
| | Exhibits in | | envelope(s) | box(es) | folders(s) |

| | | | |
|---|---|---|---|
| | Judgement Order | | F/P Order |
| | CJA Form 20 | | Minute Order |
| | Certificate of Record | | Mandate Return |

| | |
|---|---|
| | Magistrate Judge's Report and Recommendation |
| | COA Order |
| | Amended docket fee notification form |
| | Order Appointing Counsel for Appeal |
| x | Order entered 5/1/08, Order entered 2/22/08, NEF Minutes entered 2/6/08, Notice entered 2/6/08 |
| x | Please acknowledge on the enclosed copy of this transmittal |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date:       05/1/08        By:_____**L. Hammer**_____
                           Lauren Hammer, **Deputy**

# Notice of Appeal Notification Form

**To:**   Clerk, U.S. Court of Appeals                    **Date:** 05/1/08
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

MAY 0 5 2008

FILED
DOCKETED 5/6/08  DATE  PSK INITIAL

## Case Information

Case Title:   United States of America v. Orlando Duarte-Celestino

U.S.D.C. No.:   08cr325 W                    U.S.D.C. Judge:   Thomas J. Whelan

Complaint/Indictment/Petition Filed:   Information

Appealed Order Entered:   5/1/2008          **08 - 5 0 2 1 3**

Notice of Appeal Filed:   5/1/2008

Court Reporter:   Melissa Pierson

COA Status:   [ ] Granted in full/part (appeal only)          [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee:   [ ] Paid          [ ] Not Paid          [x] No Fee Required

USA/GOVT. APPEAL:   [ ] Yes     [x] No

Date F/P granted (Show Date and Attach Copy of Order): _____

Was F/P Status Revoked?   [ ] Yes          [ ] No

Companion Case(s): (Please list consolidated cases, if applicable) _____

## Counsel Information

**Appellant Counsel:**

Todd W Burns
Federal Defenders of San Diego

225 Broadway
Suite 900
San Diego, CA 92101-5008

(619) 234-8467

**Appellee Counsel:**

Michelle M Pettit
US Attorneys Office, Southern District of CA

880 Front Street
Room 6293
San Diego, CA 92101

(619) 557-7450

Counsel Status:   [ ] Retained          [x] Appointed          [ ] Pro Se

Appointed by: _____Barbara Lynn Major_____
(Attach copy of order/minutes)

## Defendant Information

Prisoner ID Number:   __n/a__