

FILED

MAY 14 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 08-50213 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:08-cr-00325-W<br>Southern District of California,<br>San Diego |
| v. | |
| ORLANDO DUARTE-CELESTINO, | ORDER |
| Defendant - Appellant. | |

A review of the record suggests that this court may lack jurisdiction over this appeal because the order appealed from is not from a final judgment nor is it from an appealable collateral order. *See Coopers & Lybrand v. Livesay, 437 U. S. 463, 468 (1978). See also Parr v. United States, 351 U.S. 513, (1956).*

Within 14 days after the filing date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellant elects to show cause, appellee may respond within 8 days after service of appellant's memorandum.

Briefing is suspended pending further order of the court.

For The Court:

Molly Dwyer
Clerk of Court

By: David J. Vignol/Deputy Clerk

DV/MOATT Direct Criminal