UNITED STATES DISTRICT COURT

FOR THE __SOUTHERN__ DISTRICT OF __CALIFORNIA__

FILED 2008 AUG -1 PM 3:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __08-50213__   U.S. District Court Case No. __08CR0325-TJW__
(Include defendant # in Criminal Cases)

Short Case Title __U.S. v. Duarte-Celestino (Orlando)__
(Include Name of Specific Defendants in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court __5/1/08__

---

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| 4/28/08 | Melissa Pierson | ~~Opening Statements~~ Appeal of Magistrate Decision |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| 2/1/08 | Michelle Behning | ~~Pre-Trial Proceedings~~ Initial Appearance |
| 2/4/08 | ~~Confexences~~ Michelle Behning | Other (please specify) Conference |
| 2/5/08 | " | ~~Xxxxxxxxxxxx~~ Detention Hearing |
| 2/7/08 | " | Arraignment |

(attach additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(xx) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __Feb-Apr 2008; Aug 1, 2008__

Type or Print Name __TODD W. BURNS, Federal Defenders of San Diego, Inc.__

Signature of Attorney _____   Phone Number __619/234.8467__

Address: __225 Broadway, Suite 900, San Diego, CA 92101__

AUSA Michelle Pettit

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

CA9-039 (REV. 11/96)                                                COPY 1